**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 0:26-cv-60767-EA**

**Nelson Robaina Garcia,**

      Petitioner,

v.

**Kristi Noem,**
**Et al.,**

      Respondents.

_____/

## <u>ORDER CLOSING CASE</u>

This cause comes before the Court on the petitioner's notice of voluntary dismissal without

prejudice [ECF No. 9]. Therefore, it is **ORDERED AND ADJUDGED**:

1. The petition [ECF No. 1] is **DISMISSED WITHOUT PREJUDICE**.

2. This **CASE IS CLOSED**.

3. All pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

**ORDERED** in Chambers in West Palm Beach, Florida, this 10th day of June 2026.

ED ARTAU
UNITED STATES DISTRICT JUDGE

Copies Served:

**Claudia Canizares**
Canizares Law Group LLC
8360 W Flagler St
Ste 103
Miami, FL 33144
3056800036

Fax: 8882470544
Email: claudia@abogadadeinmigracion.us

**Noticing 2241/Bivens US Attorney**
Email: usafls-2255@usdoj.gov

**Noticing INS Attorney**
Email: usafls-immigration@usdoj.gov

**Kelsi R. Romero**
United States Attorney's Office
Email: kelsi.romero@usdoj.gov